**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMIE COLLINS, | ) | |
| on behalf of Plaintiff and the class members | ) | |
| described herein, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-cv-16809 |
| | ) | |
| vs. | ) | Judge Andrea R. Wood |
| | ) | |
| ROBINSON ECONOMIC SERVICES, | ) | |
| also known as ROBINSON ECONOMIC | ) | |
| SERVICES, LLC, doing business as | ) | |
| CLEAR AIR LENDING; | ) | |
| ROBINSON ECONOMIC DEVELOPMENT | ) | |
| CORPORATION; | ) | |
| CT2022 FIN 1 LLC; | ) | |
| and DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SETTLEMENT

Plaintiff Jamie Collins, ("Plaintiff") and Defendants submit this notice to inform the Court that the Plaintiff and Robinson Economic Services, a/k/a Robinson Economic Services, LLC, d/b/a Clear Air Lending, Robinson Economic Development Corporation, and CT2022 Fin 1 LLC have settled this matter in principle and expect to file a stipulation or notice of dismissal which shall dispose of all claims against all parties, within the next 30 days.

The Parties respectfully requests that all deadlines be stayed while the parties negotiate a written settlement agreement and that the status conference scheduled for July 16, 2024 be vacated.


Dated: July 15 , 2024                            Respectfully submitted,


/s/*Dulijaza (Julie) Clark*                        /s/ *Craig R. Martin (w/ consent)*
Dulijaza (Julie) Clark                            Craig R. Martin

Daniel A. Edelman                                Paul Ferak (ARDC #6272208)
Dulijaza (Julie) Clark                            Peter Rush (ARDC #6201818)
Lucas M. Coughlin                                Craig Martin (ARDC #6336324)
EDELMAN, COMBS, LATTURNER,                    Greenberg Traurig, LLP
    & GOODWIN, LLC                            77 West Wacker Drive, Suite 3100

20 S. Clark St., Suite 1800
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
jclark@edcombs.com
*Attorneys for Plaintiff*

Chicago, IL 60601
Tel: 312.476.5045
ferakp@gtlaw.com
rushp@gtlaw.com
craig.martin@gtlaw.com
*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I, Dulijaza (Julie) Clark, hereby certify that on July 15, 2024 I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notification to be sent to all counsel of record.

*<u>s/ Dulijaza (Julie) Clark</u>*
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200