IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMIE COLLINS,<br>on behalf of Plaintiff and the class members<br>described herein,<br><br>    Plaintiff,<br><br>  vs.<br><br>ROBINSON ECONOMIC SERVICES,<br>also known as ROBINSON ECONOMIC<br>SERVICES, LLC, doing business as<br>CLEAR AIR LENDING;<br>ROBINSON ECONOMIC DEVELOPMENT<br>CORPORATION;<br>CT2022 FIN 1 LLC;<br>and DOES 1-20,<br><br>    Defendants. | Case No. 1:23-cv-16809<br><br>Judge Andrea R. Wood |

**NOTICE OF DISMISSAL**

Now come the Parties Plaintiff Jamie Collins ("Plaintiff") and Robinson Economic Services, a/k/a Robinson Economic Services, LLC, d/b/a Clear Air Lending, Robinson Economic Development Corporation, and CT2022 Fin 1 LLC by and through their respective attorneys. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Jamie Collins hereby dismisses Plaintiff's individual claims against Defendants *without prejudice* for 14 days whereupon the dismissal shall convert to a dismissal *with prejudice*. Plaintiff's class claims are dismissed without prejudice and without costs. Plaintiff's claims against Defendants John Does 1-20 are dismissed without prejudice and without costs.

Respectfully submitted,

1

s/ Lucas M. Coughlin
Daniel A. Edelman
Dulijaza (Julie) Clark
Lucas M. Coughlin
EDELMAN, COMBS, LATTURNER
    &amp; GOODWIN, LLC
20 S. Clark Street, Suite 1800
Chicago, IL 60603

*Counsel for Plaintiff Jamie Collins*

## **CERTIFICATE OF SERVICE**

      I, Lucas M. Coughlin, hereby certify that on August 16, 2024 I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notification to be sent to all counsel of record.

                                                    *s/ Lucas M. Coughlin*
                                                      Lucas M. Coughlin

Daniel A. Edelman
Lucas M. Coughlin
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200